| | |
|---|---|
| 1 | ROBERT F. WHITWORTH  SBN:  166872 |
| | RICHARD L. THRUN  SBN: 31471 |
| 2 | GRAY AND THURN, INC. |
| | 195 CADILLAC DRIVE |
| 3 | SACRAMENTO, CA  95825 |
| | Telephone (916) 920-2800 |
| 4 | Fax: (916) 920-3409 |
| | E-Mail:  rthurn@grayandthurn.com |
| 5 | rwhitworth@grayandthurn.com |

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | No. 4:13-cv-03297-SBA  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Plaintiffs, | |
| v. | |
| ALLEN L. BENDER, INC., a California Corporation, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 12, and Local Rule 6-1(a), Plaintiffs and Defendant hereby stipulate to continue the initial Case Management Conference, currently set for October 16, 2013, for 30 days to allow the Parties to reach an informal resolution of this matter.

Plaintiff filed the First Amended Complaint in this action on July 16, 2013, and Defendant

was served with the Complaint and Summons on July 24, 2013. Defendants filed an Answer to the Complaint on September 26, 2013. Since that time the parties have been attempting a resolution of this case and it is believed one can be reached by the 30th of October, 2013. Even if the Parties are not able to fully resolve this matter, further discussion should narrow the scope of issues remaining in this matter.

The parties also agree that pursuant to Local Rule 6-1(a), this stipulation is respectfully submitted to the Court for approval without the necessity of a hearing.

DATED:  October 11, 2013
             GRAY AND THURN, INC.

             By: _/s/ Robert F. Whitworth_____
               ROBERT F. WHITWORTH,
               Attorneys for ALLEN L. BENDER INC.

             WEINBERG, RODGER AND ROSENFELD
             A Professional Corporation

             By: ___/s/ Concepcion E. Lozano-Batista_____
               CONCEPCION E. LOZANO-BATISTA,
               Attorneys for Plaintiff

Approved by the Court the Case Management Conference is continued to **November 21, 2013**, at **3:00 p.m**.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven  (7) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall

1 | be on the line and shall call (510) 637-3559 at the above indicated date and time.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

128014/737833