UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN L. BENDER, INC., a California Corporation,<br><br>Defendant. | Case No:  C 13-3297 SBA<br><br>**ORDER** |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by no later than sixty (60) days from the date this Order is filed.  The November 21, 2013 Case Management Conference is VACATED.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 10/28/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge